IN THE SUPREME COURT OF THE STATE OF DELAWARE

CHARLES COBB, §
§ No. 490, 2014
Petitioner Below, §
Appellant, § Court Below–Superior Court of
§ the State of Delaware in and for
v. § New Castle County
§
STATE OF DELAWARE, §
§
Respondent Below, § C.A. No. N14M-06-016
Appellee. §

Submitted: October 9, 2014
Decided: October 13, 2014

**O R D E R**

This 13th day of October 2014, it appears to the Court that:

(1)    The appellant, Charles Cobb, filed this appeal from the Superior Court's order of August 4, 2014, denying his petition for a writ of habeas corpus. On September 25, 2014, the appellee, State of Delaware, filed a motion to dismiss the appeal as moot.[1]

(2)    Cobb has not responded to the State's motion to dismiss. Under the Supreme Court Rules, Cobb's failure to respond to the motion is deemed to be his consent to the dismissal of the appeal.[2]

---

[1] *See* Del. Supr. Ct. R. 29(b), 30(d) (providing for dismissal of appeal upon motion by a party).

[2] *See* Del. Supr. Ct. R. 3(b)(2), 30(c) (providing that a party's failure to respond to a motion to dismiss is deemed to be the party's consent to dismissal).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2), 29(b) and 30(b), (c), that the appeal is DISMISSED.

BY THE COURT:

/s/ Henry duPont Ridgely
Justice